IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr. No. 20-02064 JB |
| vs. | ) |
| | ) |
| EMERY GARCIA, | ) |
| | ) |
| Defendant. | ) |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 23 2021
MITCHELL R. ELFERS
CLERK

### ORDER

This matter came before the Court on the motion of the United States to dismiss the indictment (Doc. 15) as to Defendant Emery Garcia based upon the plea agreement (Doc. 30) entered into between the United States and Defendant, and entry of a written judgment of conviction and sentence of Defendant. The Court being fully advised in the premises finds that the motion should be, and hereby is, granted.

IT IS HEREBY ORDERED that the indictment is hereby dismissed as to Emery Garcia.

_____
JAMES O. BROWNING
United States District Judge

Submitted by:
KYLE T. NAYBACK
Assistant U.S. Attorney

2